IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RAGNA TRIPLETT-FAZZONE,**

    Plaintiff,

    v.

**CITY OF COLUMBUS DIVISION
OF POLICE, et al.,**

    **Defendants.**

Case No. 2:12-cv-331
Judge Sargus
Magistrate Judge King

## ORDER

On November 8, 2012, the Magistrate Judge denied plaintiff's motion for extension of time in which to file a surreply to the reply memorandum of defendants Keefe and Hargus in support of their motion to dismiss. *Order*, Doc. No. 38. The Court reasoned that plaintiff, who offered no explanation why a surreply was warranted, had failed to establish good cause for the proposed filing, as required by S.D. Ohio Civ. R. 7.2(a)(2). *Id.*

Plaintiff, who is proceeding without the assistance of counsel, has now asked the Court to reconsider that *Order*, arguing for the first time, *inter alia*, that defendants Keefe and Hargus have raised new issues in the reply. Doc. No. 42, p. 3. Construing this *pro se* plaintiff's motion liberally, *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972), the Court understands plaintiff to argue that a surreply is necessary in order to respond to new issues raised for the first time in the reply memorandum of defendants Keefe and Hargus. Under this interpretation, plaintiff's motion for reconsideration, Doc. No. 42,

is therefore **GRANTED**. Plaintiff may respond to new issues raised for the first time in that reply memorandum. Plaintiff's surreply is due no later than December 27, 2012. Defendants Keefe and Hargus may further respond no later than seven (7) days after the filing of plaintiff's surreply.

**NO ADDITIONAL BRIEFING WILL BE PERMITTED.**

12-21-2012
Date

Edmund A. Sargus, Jr.
United States District Judge