```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

**RAGNA TRIPLETT-FAZZONE,**

    Plaintiff,                              Case No. 2:12-cv-331
                                          Judge Sargus
      v.                                    Magistrate Judge King

**CITY OF COLUMBUS DIVISION
OF POLICE,** *et al.***,**

    **Defendants.**

### ORDER

Upon motion, Doc. No. 62, the mediation conference currently scheduled for March 12, 2013 is **VACATED**.

**The Clerk shall notify the mediator assigned to this case.**

This case will be referred to the June 2013 Settlement Week.


February 27, 2013                              *s/Norah McCann King*
                                                    Norah McCann King
                                           United States Magistrate Judge