AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RAGNA TRIPLETT-FAZZONE,**

      **Plaintiff,**

**v.**

**CITY OF COLUMBUS**
**DIVISION OF POLICE, et al.,**

      **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  2:12-CV-00331**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 6, 2013, JUDGMENT is hereby entered DISMISSING this action.**

Date:  August 6, 2013

JOHN P. HEHMAN, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk